Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113

408-286-5150
policemisconduct@compuserve.com

Attorney for plaintiff ALEKSANDR BINKOVICH

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALEKSANDR BINKOVICH,<br>        *Plaintiff,*<br>v.<br>OFFICER BARTHELMY, BADGE NO. 4066;<br>OFFICER GROHNDAHL, BADGE NO. 4072;<br>OFFICER PANIGHETTI, BADGE NO. 3974;<br>OFFICER T. CRAIG, BADGE NO. 3105;<br>OFFICER JACOB, BADGE NO. 3150;<br>OFFICER BOLLENDORF, BADGE NO. 3212;<br>JOHN DOE and RICHARD ROE, individually<br>and in their capacities as San Jose police officers,<br>the true names and exact numbers of whom are<br>unknown at this time; CITY OF SAN JOSE, a<br>municipal corporation; DOES 1 to 20,<br>        *Defendants.* | No. CV 11-03774 JSW<br><br>REQUEST FOR CONTINUANCE<br>OF CASE MANAGEMENT<br>CONFERENCE<br><br>Date: 28 October 2011<br>Time: 1:30 P.M.<br>Courtroom: 11, 19th Floor<br>Judge: Honorable Jeffrey S. White |

      Plaintiff requests a continuance of the case management conference for approximately 60 days in this matter. Due to the inadvertence of counsel himself, this Court's order was never calendared. Defendants have yet to be served, but counsel has had many cases with the City of San Jose and the

//

//

Request to Continue CMC                                                                                                         Page 1

1  matter should be ready for case management in 60 days.

2      Counsel apologizes to the Court for his oversight.

3

4  Dated : 24 October 2011

5

6

7                                          /s/ Anthony Boskovich

8                                              Anthony Boskovich
                                            Attorney for plaintiff

9

10  Despite Plaintiff's failure to follow the proper procedures, the Court grants Plaintiff's request. The Court HEREBY CONTINUES the case management conference to February 10, 2012 at 1:30 p.m. Plaintiff should have filed this "request" as a motion for administrative relief in accordance with Northern District Civil Local Rule 7-11. Plaintiff is admonished to review the Northern District Civil Local Rules and this Court's standing orders. Further violations of the Local Rules or of this Court's standing orders witll be sanctioned.

14

15

16

17  Dated: October 27, 2011



28  Request to Continue CMC                                                                       Page 2